VANA, INC., Plaintiff-Appellee, *v.* IVAN TORRES, Defendant-Appellant.

(No. 54791; 

First District—June 21, 1971.

*Abstract of Decision*

Opinion by Mr. PRESIDING JUSTICE BURKE.

Leonard Karlin, of Chicago, for appellant.

Chatz, Sugarman, Abrams & Palmer, of Chicago, (James A. Chatz, of counsel,) for appellee.